**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HEALY, JOHN P     § Case No. 14-14475
                        §
                        §
Debtor(s)               §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 18, 2014. The undersigned trustee was appointed on April 18, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     14,192.76

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 314.00 |
| Bank service fees | 51.78 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 13,826.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2014 and the deadline for filing governmental claims was  / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,169.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,169.28, for a total compensation of $2,169.28.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.08, for total expenses of $3.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/17/2014   By: /s/RICHARD M. FOGEL
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/10/14  

**Period Ending:** 11/17/14  
**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with North Community Bank<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Chase (account is frozen)<br>Imported from original petition Doc# 1  (See Footnote) | 2,500.00 | 2,220.00 | | 1,886.85 | FA |
| 4 | Savings Account with Chase (account is frozen)<br>Imported from original petition Doc# 1  (See Footnote) | 100.00 | 0.00 | | 105.23 | FA |
| 5 | Security deposit with landlord<br>Imported from original petition Doc# 1  (See Footnote) | 1,650.00 | 0.00 | | 0.00 | FA |
| 6 | Bed (10 years old); couch; 6 end tables; 4 lamps<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | included in list above<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | watch, misc.<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Interests in Insurance Policies- term only<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401k with Fidelity<br>Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | Healy & Schulte Properties, LLC - Debtor has 50%<br>Imported from original petition Doc# 1 | 0.00 | Unknown | | 10,000.00 | FA |
| 13 | Healy Communications, Inc. (f/d/b/a Healy & Schu<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Walgreen's stock<br>Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | | 2,200.68 | FA |

Printed: 11/17/2014 07:39 AM    V.13.19

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/10/14  

**Period Ending:** 11/17/14  
**Claims Bar Date:** 10/10/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Potential claims against David Schulte (former b<br>  Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Royalties<br>  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Residual interest in Estate of Maurice Healy<br>  Imported from original petition Doc# 1  (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 17 | **Assets**    **Totals** (Excluding unknown values) | **$30,070.00** | **$2,420.00** | | **$14,192.76** | **$0.00** |

RE PROP# 3     Turnover by debtor after release of citation  
RE PROP# 4     Turnover by debtor after release of citation  
RE PROP# 5     Subject to setoff  
RE PROP# 14    Liquidated by Walgreen Co. at trustee/debtor direction  
RE PROP# 15    To be abandoned at final meeting of creditors.  
RE PROP# 17    Trustee determined that this interest had inconsequential value to the estate.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015          **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  
**Taxpayer ID #:** **-***7090  
**Period Ending:** 11/17/14

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/14 | {14} | WALGREEN CO. | Net proceeds of sale of 32 shares of common stock | 1129-000 | 2,200.68 | | 2,200.68 |
| 08/20/14 | {12} | DAVID SHULTE | Purchase of membership interest per o/c 8-7-14 | 1129-000 | 10,000.00 | | 12,200.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,190.68 |
| 09/05/14 | | JOHN P. HEALY | Turnover of non-exempt portion of checking and savings accounts | | 1,992.08 | | 14,182.76 |
| | {3} | | Checking account    1,886.85 | 1129-000 | | | 14,182.76 |
| | {4} | | Savings account      105.23 | 1129-000 | | | 14,182.76 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 14,161.96 |
| 10/22/14 | 101 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 30-6437090  YE 9/30/14 | 2820-000 | | 314.00 | 13,847.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 13,826.98 |
| | | | **ACCOUNT TOTALS** | | 14,192.76 | 365.78 | **$13,826.98** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,192.76 | 365.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,192.76** | **$365.78** | |

|  | Net Receipts : | 14,192.76 |
|---|---|---|
|  | Net Estate : | $14,192.76 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9766** | 14,192.76 | 365.78 | 13,826.98 |
| | $14,192.76 | $365.78 | $13,826.98 |

{} Asset reference(s)

Printed: 11/17/2014 07:39 AM    V.13.19

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2014

**Case Number:** 14-14475  
**Debtor Name:** HEALY, JOHN P

Page: 1

**Date:** November 17, 2014  
**Time:** 07:39:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $2,169.28 | $0.00 | 2,169.28 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $3.08 | $0.00 | 3.08 |
| C 200 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Admin Ch. 7 | | $735.00 | $0.00 | 735.00 |
| 1P 570 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $64,785.57 | $0.00 | 64,785.57 |
| 4P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $11,681.88 | $0.00 | 11,681.88 |
| 1U 610 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $1,623.02 | $0.00 | 1,623.02 |
| 2 610 | Navient Solutions, Inc. on behalf of USA Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | Unsecured | XXXXXXX4392 | $10,103.93 | $0.00 | 10,103.93 |
| NOTFILED 610 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Caliber Home Loans, In<br>Po Box 24610<br>Oklahoma City, OK 73124 | Unsecured | XXXXXX9833 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Caliber Home Loans, In<br>Po Box 24610<br>Oklahoma City, OK 73124 | Unsecured | XXXXXX9841 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank Stu<br>Attn: Bankruptcy<br>Po Box 6191<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXX3720 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | David M. Schulte c/o Henderson & Lyman<br>175 W. Jackson Blvd., Suite 240<br>Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2014

**Case Number:** 14-14475  
**Debtor Name:** HEALY, JOHN P

Page: 2

**Date:** November 17, 2014  
**Time:** 07:39:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | David M. Schulte c/o Henderson & Lyman<br>175 W. Jackson Blvd., Suite 240<br>Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fair Collections & Out<br>12304 Baltimore Ave Unite E<br>Beltsville, MD 20705 | Unsecured | XXX3736 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Howard Brown Health Center<br>415 W. Golf Road, Suite 16<br>Arlington Heights, IL 60005 | Unsecured | X7711 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Margaret Healy<br>642 Arlington<br>Des Plaines, IL 60016 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773 | Unsecured | XXXXXXXXXXXXXXXXXXX0917 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309 | Unsecured | XXXXXXXXXXX3974 | $0.00 | $0.00 | 0.00 |
| 3 620 | Evans, Lowenstein, Shimanovsky & Mo<br>130 S. Jefferson Street, Suite 350<br>Chicago, IL 60661 | Unsecured | | $6,627.23 | $0.00 | 6,627.23 |
| 4U 620 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $637.50 | $0.00 | 637.50 |
| **<< Totals >>** | | | | 98,366.49 | 0.00 | 98,366.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-14475
Case Name: HEALY, JOHN P
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 13,826.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,826.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,169.28 | 0.00 | 2,169.28 |
| Trustee, Expenses - RICHARD M. FOGEL | 3.08 | 0.00 | 3.08 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 735.00 | 0.00 | 735.00 |

Total to be paid for chapter 7 administration expenses: $ 2,907.36
Remaining balance: $ 10,919.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,919.62

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $76,467.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 64,785.57 | 0.00 | 9,251.44 |
| 4P | Illinois Department of Revenue | 11,681.88 | 0.00 | 1,668.18 |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 10,919.62 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,726.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 1,623.02 | 0.00 | 0.00 |
| 2 | Navient Solutions, Inc. on behalf of USA Funds | 10,103.93 | 0.00 | 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,264.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Evans, Lowenstein, Shimanovsky & Mo | 6,627.23 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 637.50 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**