UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-14475 |
| | ) | |
| HEALY, JOHN P. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on January 8, 2015 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  November 20, 2014_____            By:  /s/  Richard M. Fogel_____
                                                                    Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HEALY, JOHN P                                    §   Case No. 14-14475
                                                        §
                                                        §
Debtor(s)                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $        14,192.76

*and approved disbursements of*                 $           365.78

*leaving a balance on hand of* [1]              $        13,826.98

**Balance on hand:**                            $        13,826.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $    13,826.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,169.28 | 0.00 | 2,169.28 |
| Trustee, Expenses - RICHARD M. FOGEL | 3.08 | 0.00 | 3.08 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 735.00 | 0.00 | 735.00 |

Total to be paid for chapter 7 administration expenses:   $     2,907.36
Remaining balance:                                         $    10,919.62

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 10,919.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $76,467.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 64,785.57 | 0.00 | 9,251.44 |
| 4P | Illinois Department of Revenue | 11,681.88 | 0.00 | 1,668.18 |

Total to be paid for priority claims: $ 10,919.62

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,726.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 1,623.02 | 0.00 | 0.00 |
| 2 | Navient Solutions, Inc. on behalf of USA Funds | 10,103.93 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 7,264.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Evans, Lowenstein, Shimanovsky & Mo | 6,627.23 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 637.50 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $          0.00

Remaining balance:   $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00

Remaining balance:   $          0.00

Prepared By:   /s/RICHARD M. FOGEL

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 14-14475-PSH
John P Healy                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 1          Date Rcvd: Nov 20, 2014
                             Form ID: pdf006           Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
db          +John P Healy,    3920 N. Sheridan Road, #305,   Chicago, IL 60613-5495
21816526    +American Express,    Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
21816527    +Caliber Home Loans, In,    Po Box 24610,   Oklahoma City, OK 73124-0610
21816528    +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,   Sioux Falls, SD 57117-6191
21816529    +David M. Schulte,    c/o Henderson & Lyman,    175 W. Jackson Blvd., Suite 240,
              Chicago, IL 60604-3032
21816530    +Evans, Lowenstein, Shimanovsky & Mo,    130 S. Jefferson Street, Suite 350,
              Chicago, IL 60661-5762
21816531    +Fair Collections & Out,    12304 Baltimore Ave Unite E,   Beltsville, MD 20705-1314
21816532    +Howard Brown Health Center,    415 W. Golf Road, Suite 16,   Arlington Heights, IL 60005-3923
22635210     Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
              Chicago, Illinois 60664-0338
21816534    +Margaret Healy,    642 Arlington,   Des Plaines, IL 60016-3309
22201085     Navient Solutions, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
              PO Box 9430,   Wilkes Barre, PA  18773-9430
21816537    +Wellsfargo,    800 Walnut St,   Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21816533      E-mail/Text: cio.bncmail@irs.gov Nov 21 2014 12:23:19      Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 7346,   Philadelphia, PA 19101-7346
21816535    +E-mail/PDF: pa_dc_claims@navient.com Nov 21 2014 12:34:32      Sallie Mae,
              Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
21816536    +E-mail/PDF: pa_dc_litigation@navient.com Nov 21 2014 12:32:41
              Usa Funds/sallie Mae Servicing,    Attention: Bankruptcy Litigation Unit,   E3149, Po Box 9430,
              Wilkes-Barre, PA 18773-9430
                                                                          TOTAL: 3


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
        Ariane  Holtschlag    on behalf of Debtor John P Healy aholtschlag@wfactorlaw.com,
         gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com
        Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
        Richard M. Fogel    on behalf of Accountant   Popowcer Katten LTD rfogel@shawfishman.com,
         il72@ecfcbis.com
                                                                          TOTAL: 5