**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HEALY, JOHN P                     § Case No. 14-14475
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $27,470.00                    Assets Exempt: $24,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,919.62     Claims Discharged
                                                 Without Payment: $1,263,412.93

Total Expenses of Administration: $3,273.14

---

   3) Total gross receipts of $ 14,192.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,192.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,273.14 | 3,273.14 | 3,273.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,000.00 | 76,467.45 | 76,467.45 | 10,919.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,198,244.65 | 18,991.68 | 18,991.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,211,244.65 | $98,732.27 | $98,732.27 | $14,192.76 |

4) This case was originally filed under Chapter 7 on April 18, 2014. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2015            By: /s/RICHARD M. FOGEL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account with Chase (account is frozen) | 1129-000 | 1,886.85 |
| Savings Account with Chase (account is frozen) | 1129-000 | 105.23 |
| Healy & Schulte Properties, LLC - Debtor has 50% | 1129-000 | 10,000.00 |
| Walgreen's stock | 1129-000 | 2,200.68 |
| **TOTAL GROSS RECEIPTS** | | **$14,192.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,169.28 | 2,169.28 | 2,169.28 |
| RICHARD M. FOGEL | 2200-000 | N/A | 3.08 | 3.08 | 3.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 735.00 | 735.00 | 735.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.80 | 20.80 | 20.80 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 314.00 | 314.00 | 314.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.98 | 20.98 | 20.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,273.14 | $3,273.14 | $3,273.14 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 13,000.00 | 64,785.57 | 64,785.57 | 9,251.44 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 11,681.88 | 11,681.88 | 1,668.18 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,000.00 | $76,467.45 | $76,467.45 | $10,919.62 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 2,500.00 | 1,623.02 | 1,623.02 | 0.00 |
| 2 | Navient Solutions, Inc. on behalf of USA Funds | 7100-000 | 10,244.00 | 10,103.93 | 10,103.93 | 0.00 |
| 3 | Evans, Lowenstein, Shimanovsky & Mo | 7200-000 | 6,627.23 | 6,627.23 | 6,627.23 | 0.00 |
| 4U | Illinois Department of Revenue | 7200-000 | N/A | 637.50 | 637.50 | 0.00 |
| NOTFILED | Howard Brown Health Center | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellsfargo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Margaret Healy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 12,472.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Fair Collections & Out | 7100-000 | 6,585.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | David M. Schulte c/o Henderson & Lyman | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caliber Home Loans, In | 7100-000 | 320,450.00 | N/A | N/A | 0.00 |
| NOTFILED | David M. Schulte c/o Henderson & Lyman | 7100-000 | 508,914.42 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Stu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caliber Home Loans, In | 7100-000 | 300,422.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,198,244.65** | **$18,991.68** | **$18,991.68** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/10/14  

**Period Ending:** 02/03/15  
**Claims Bar Date:** 10/10/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on hand<br>   Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account with North Community Bank<br>   Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account with Chase (account is frozen)<br>   Imported from original petition Doc# 1  (See Footnote) | 2,500.00 | 2,220.00 | | 1,886.85 | FA |
| 4  Savings Account with Chase (account is frozen)<br>   Imported from original petition Doc# 1  (See Footnote) | 100.00 | 0.00 | | 105.23 | FA |
| 5  Security deposit with landlord<br>   Imported from original petition Doc# 1  (See Footnote) | 1,650.00 | 0.00 | | 0.00 | FA |
| 6  Bed (10 years old); couch; 6 end tables; 4 lamps<br>   Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 7  included in list above<br>   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Wearing apparel<br>   Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9  watch, misc.<br>   Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 10 Interests in Insurance Policies- term only<br>   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 401k with Fidelity<br>   Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 Healy & Schulte Properties, LLC - Debtor has 50%<br>   Imported from original petition Doc# 1 | 0.00 | Unknown | | 10,000.00 | FA |
| 13 Healy Communications, Inc. (f/d/b/a Healy & Schu<br>   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 Walgreen's stock<br>   Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | | 2,200.68 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P

**Period Ending:** 02/03/15

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/10/14  
**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Potential claims against David Schulte (former b<br>  Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 16 | Royalties<br>  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Residual interest in Estate of Maurice Healy<br>  Imported from original petition Doc# 1  (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$30,070.00** | **$2,420.00** | | **$14,192.76** | **$0.00** |

RE PROP# 3   Turnover by debtor after release of citation  
RE PROP# 4   Turnover by debtor after release of citation  
RE PROP# 5   Subject to setoff  
RE PROP# 14  Liquidated by Walgreen Co. at trustee/debtor direction  
RE PROP# 15  To be abandoned at final meeting of creditors.  
RE PROP# 17  Trustee determined that this interest had inconsequential value to the estate.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015      **Current Projected Date Of Final Report (TFR):**   November 20, 2014  (Actual)

Printed: 02/03/2015 06:11 AM    V.13.21

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  
**Taxpayer ID #:** **-***7090  
**Period Ending:** 02/03/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/14 | {14} | WALGREEN CO. | Net proceeds of sale of 32 shares of common stock | 1129-000 | 2,200.68 | | 2,200.68 |
| 08/20/14 | {12} | DAVID SHULTE | Purchase of membership interest per o/c 8-7-14 | 1129-000 | 10,000.00 | | 12,200.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,190.68 |
| 09/05/14 | | JOHN P. HEALY | Turnover of non-exempt portion of checking and savings accounts | | 1,992.08 | | 14,182.76 |
| | {3} | | Checking account         1,886.85 | 1129-000 | | | 14,182.76 |
| | {4} | | Savings account             105.23 | 1129-000 | | | 14,182.76 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 14,161.96 |
| 10/22/14 | 101 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 30-6437090  YE 9/30/14 | 2820-000 | | 314.00 | 13,847.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 13,826.98 |
| 01/09/15 | 102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $735.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 735.00 | 13,091.98 |
| 01/09/15 | 103 | Internal Revenue Service | 14.28% dividend on Claim # 1P, Ref: | 5800-000 | | 9,251.44 | 3,840.54 |
| 01/09/15 | 104 | Illinois Department of Revenue | 14.28% dividend on Claim # 4P, Ref: | 5800-000 | | 1,668.18 | 2,172.36 |
| 01/09/15 | 105 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,172.36 | 0.00 |
| | | | Dividend paid 100.00%       2,169.28 on $2,169.28;  Claim# A; Filed: $2,169.28 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%            3.08 on $3.08;  Claim# B; Filed: $3.08 | 2200-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 14,192.76 | 14,192.76 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 14,192.76 | 14,192.76 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$14,192.76** | **$14,192.76** | |

{} Asset reference(s)                                                                                          Printed: 02/03/2015 06:11 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-14475  
**Case Name:** HEALY, JOHN P  

**Taxpayer ID #:** **-***7090  
**Period Ending:** 02/03/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 14,192.76 | | | | | |
| | | Net Estate : $14,192.76 | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9766** | 14,192.76 | 14,192.76 | 0.00 |
| | $14,192.76 | $14,192.76 | $0.00 |

{} Asset reference(s)                                                                                     Printed: 02/03/2015 06:11 AM    V.13.21